# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – January 28, 2019 |
| U.S. Probation Officer – James Johnson | |

4:18-CR-40157-01, -02

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. HOSHAW and ALL AROUND SPORTS, LLC,<br><br>Defendants. | Jeremy Jehangiri<br><br><br><br><br><br>Scott McKay and Michael Butler |

TIME HEARING SCHEDULED TO BEGIN: 3:00 PM

TIME:

2:58 PM   Enter initial appearance, arraignment on Information and waiver of indictment before the Hon. Veronica L. Duffy, United States Magistrate Judge, Sioux Falls, SD.  Counsel state their appearances for the record.  Defendant Hoshaw is also present in Court.

Defendant is affirmed and questioned by the Court.

Defendant has received a copy of the Information.  Defendant has previously read and discussed with his attorney the Information, understands the charges and waives reading of the charges.  The defendant is advised of the maximum possible penalties.

Defendant advised of his rights.

The Court questions the Defendant regarding Waiver of Indictment.  The Defendant signs the Waiver in open court.  The Court accepts the Waiver.

The Court advises the Defendant of statutory and constitutional rights.

           The Court enters a plea of not guilty to the charges on Defendant's behalf.

3:10 PM        Court in recess.