# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – January 28, 2019 |
| U.S. Probation Officer – James Johnson | |

4:18-CR-40157-01, -02

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. HOSHAW,<br>ALL AROUND SPORTS, LLC,<br><br>Defendants. | Jeremy Jehangiri<br><br><br><br><br>Scott McKay and Michael Butler |

TIME HEARING SCHEDULED TO BEGIN: 3:30 PM

TIME:

3:30 PM    Enter change of plea before the Hon. Karen E. Schreier, United States District Judge, presiding. Counsel state their appearances for the record. Defendant Christopher Hoshaw appears individually and as president and majority owner of All Around Sports, LLC.

Defendant affirmed and questioned by the Court.

Defendant has received a copy of the Information. The Court advises Defendant of his constitutional rights. The Court advises Defendant Hoshaw individually of the maximum possible penalties regarding Count 2. The Court advises Defendant Hoshaw, as president and majority owner of All Around Sports, LLC, of the maximum possible penalties regarding Count 1.

The Court states the essential elements as to each Count.

Defendant understands the charges and the essential elements as to each Count. The Court finds each factual basis statement does establish an independent factual basis for a plea as to Defendant individually and as president and majority owner of All Around Sports, LLC.

        Defendant Hoshaw individually pleads guilty to the charges contained in Count 2 of the Information.  Defendant Hoshaw, as president and majority owner of All Around Sports, LLC, pleads guilty to the charges contained in Count 1 of the Information.

        The Court accepts the guilty pleas and adjudges Defendant Hoshaw, individually, and Defendant Hoshaw, as president and majority owner of All Around Sports, LLC, guilty of the charges as described in the Information.

        The Court sets dates for PSR, objections, and sentencing.

        Mr. Jehangiri addresses the Court regarding release and recommends release of the Defendant pending sentencing.  Mr. McKay also addresses the Court and recommends release pending sentencing.

        The Court orders the Defendant released on his own recognizance pending sentencing and states the reasons therefore.  The Court reviews the conditions of release with the Defendant.  Defendant agrees to abide by all of the conditions of release.  Defendant agrees to to turn over his passport today.  Defendant advised of the possible penalties for violation of the release conditions and understands.

3:44 PM        Court in recess.