UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 18-40157 |
| Plaintiff | * | |
| v. | * | JOINT MOTION TO SEAL |
| | * | |
| CHRISTOPHER A. HOSHAW, and ALL AROUND SPORTS, LLC. | * | |
| Defendants. | * | |

Christopher A. Hoshaw and All Around Sports, LLC, moves this Court for it Order sealing the attached Joint Motion to Continue Sentencing, Continue Other Dates based upon paragraph A of said Motion.

Dated this 13th day of March, 2019.

Michael J. Butler, Esq.
100 S. Spring Ave. Ste. 210
Sioux Falls, SD 57104

*and*

Scott McKay
Nevin, Benjamin, McKay & Bartlett LLP
PO Box 2772
Boise ID 83701
smckay@nbmlaw.com

Attorneys for Defendants, Christopher Hoshaw and All Around Sports, LLC

Jeremy R. Jehangiri
Assistant United States Attorney
PO Box 2638
Sioux Falls SD 57101
Jeremy.jehangiri@usdoj.gov

Attorney for Plaintiff, United States of America