# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Lawrence L. Piersol United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SLW | Court Reporter – Jill Connelly |
| Courtroom - SF #1 | Date – November 18, 2019 |
| U.S. Probation Officer – Natalie Kaufman | |

### 4:18-CR-40157-01&2

| | |
|---|---|
| United States of America | Jeremy Jehangiri |
| Plaintiff, | |
| vs. | |
| Christopher A. Hoshaw, All Around Sports, LLC | Mike Butler, Scott McKay |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:15 p.m.

TIME:

5:37 p.m.   Enter Contested Sentencing Hearing

Defendant Hoshaw sentenced to 5 years probation; $100 special assessment; restitution ordered.

6:17 p.m.   Defendant All Around Sports, LLC sentenced to 3 years probation; $42,000 fine delayed imposition for 2 years; $400 special assessment; restitution ordered.

6:32 p.m.   Court adjourned.